**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

*Attorneys for Plaintiff*
Mitchell Miller

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLUB EXPLORIA, LLC, d.b.a. EXPLORIA RESORTS,<br><br>Defendant. | **Case No.:** 3:15-cv-00965-AJB-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DIMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)** |

//

//

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MITCHELL MILLER ("Plaintiff") hereby voluntarily dismisses this action without prejudice as to the claims of Plaintiff; and without prejudice as to the claims of putative class members.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.[1]

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: July 27, 2015　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　　　By: ___s/ MONA AMINI_____
　　　　　　　　　　　　　　　　　　　　　　ABBAS KAZEROUNIAN, ESQ.
　　　　　　　　　　　　　　　　　　　　　　MONA AMINI, ESQ.
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

---

[1] This dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010).